UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>CORY M. OWENS | Criminal No. 19-449 (FLW)<br><br><u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Alexander E. Ramey, Assistant United States Attorney), and defendant Cory M. Owens (by Lisa Van Hoeck, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter through September 9, 2019; and no continuances having previously been granted by the Court; and the defendant being aware that he has the right to a trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1), and the defendant having waived such right and consented to the continuance, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant and his counsel require additional time to review discovery, and prepare and file appropriate motions, and otherwise prepare for trial; and

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of July, 2019,

ORDERED that this action be, and it hereby is, continued through September 9, 2019; and it is further

ORDERED that the period from the date this Order is signed through September 9, 2019, shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. FREDA L. WOLFSON
Chief United States District Judge

Form and entry consented to:

Lisa Van Hoeck
Assistant Federal Public Defender
Counsel for Defendant

Cory M. Owens
Defendant

Alexander E. Ramey
Assistant U.S. Attorney