UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 19-449 (FLW) |
| v. | : | |
| CORY M. OWENS | : | <u>FIFTH SCHEDULING ORDER</u> |

This matter having come before the Court on the request of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (by Alexander E. Ramey, Assistant United States Attorney, appearing) to amend the Court's January 16, 2020 Scheduling Order; and it appearing that the defendant Cory M. Owens (by Lisa Van Hoeck, Assistant Federal Public Defender) does not object to the requested amendment; and for good cause shown,

It is on this 31st day of January, 2020, ORDERED that:

1. The following shall be the schedule for pretrial motions in this matter:

    b) The Government shall file any response to the Defendant's pretrial motions on or before **February 7, 2020**;

    c) The Defendant shall file any reply on or before **February 21, 2020**; and

    d) Any oral argument on pretrial motions shall be held on a date to be set by the Court.

2. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the

1

disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

_____
HONORABLE FREDA L. WOLFSON
CHIEF UNITED STATES DISTRICT JUDGE